

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAP: AEL
F.#2012R00780

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

July 25, 2012


The Honorable Joan Azrack
U.S. District Court Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  In the Matter of the Extradition
         of Alex Suyanoff 12-M-462

Dear Judge Azrack:

    Enclosed please find the formal extradition request, with the required supporting documentation, submitted by Brazil to the Department of State on July 17, 2012.


                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                  United States Attorney
                   By:

                                      /s/
                                  Amy E. Larson
                                  Special Assistant United
                                  States Attorney
                                  (718)254-7577


cc:  Clerk of the Court (via ECF)
     Michael S. Washor, Esq.